CAUSE NO. 03-14-00797-CV

DARRELL J. HARPER

V.

STATE OF TEXAS COMMISSION
ON JAIL STANDARDS ET AL.

IN THE COURT OF APPEALS

THIRD JUDICIAL DISTRICT

SITTING IN AUSTIN, TEXAS

FILED
October 23, 2015
Third Court of Appeals
Jeffrey D. Kyle
Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

APPELLANT'S SATISFACTORY RESPONSE

TO THE CLERK'S OFFICE:

1. Now comes Appellant, Darrell J. Harper, submits satisfactory response to court against Appellees, State of Texas Commission on Jail Standards et al., for process crime.

2. Appellant Darrell J. Harper's civil and constitutional rights to peaceably petition Government for a redress of grievance, had it's flexibility tamper with under the color of state law. Therefore, appellees et al. cannot be injured by injury cause to appellant they inflicted, as amended.

WHEREFORE Appellant, Darrell J. Harper seeks relief from this court that would satisfy the appeal.

Very Truly Yours,
Darrell J. Harper
Darrell J. Harper Pro Se
Inmate No. 1957729
D. B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Certification Of Service

Appellant, Darrell J. Harper does hereby certify that the Appellant's Satisfactory Response is true and correct for processing on or around Monday the 19th day of October 2015, in accordance with Tex. R. Ail. P.

Darrell J. Harper
Darrell J. Harper

RECEIVED
OCT 23 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

Legal Mail

Darrell J. Harbor
Inmate No. 1657724
D.B. Ellis Unit
1697 FM 980
Huntsville, Texas 77343

Court Of Appeals
Third Judicial District
P.O. Box 12547
Austin, Texas 78711-2547

NORTH HOUSTON TX
15 OCT 2015 PM 7 L

USA
FOREVER

78711128477